**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LEMUEL M. FENDER,**

    **Plaintiff,**

v.                                                                          Case No.  8:07-CV-229-T-30MSS

**JAMES R. McDONOUGH, et al,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court for review *sua sponte*. Plaintiff filed his complaint on February 5, 2007. Because Plaintiff is not proceeding *in forma pauperis* in this case, he is responsible for service of the summons and complaint.

Pursuant to Rule 4(m), Fed. R. Civ. P., Plaintiff had until June 5, 2007, to effect service of the summons and complaint. The Court reminded Plaintiff that he had not yet effected service of the complaint in its April 19, 2007 order denying his request for a restraining order, see Dkt. 5. On May 4, 2007, Plaintiff advised the Court that his legal papers were lost during a transfer from one correctional facility to another. A copy of the docket sheet and the April 19, 2007 order were mailed to Plaintiff on May 8, 2007, see Dkt. 7.

Noting that Plaintiff had failed to file a return of service, the Court forwarded service of process forms to Plaintiff on June 1, 2007, with instructions regarding the process for serving the Defendants. At that time, the Court cautioned Plaintiff regarding the provisions of Fed. R. Civ. P. 4(m).

On June 28, 2007, the Court granted Plaintiff's request for a 60-day extension of time to effect service of process due to a delay occasioned by his transfer from the Polk Correctional Institution to the North Florida Reception Center for medical treatment, see Dkt. 10. On November 28, 2007, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of service (Dkt. 11). Plaintiff was advised therein that failure to comply with the order would result in the **dismissal** of this action without further notice. Id. A copy of the order was mailed to Plaintiff at his address of record, and it has not been returned to the Clerk as undeliverable. To date, the Defendants have not been served, and Plaintiff has not responded to the order to show cause.

The extension of time to effect service expired on August 27, 2007. Therefore, this action shall be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P.

It is therefore **ORDERED AND ADJUDGED** as follows:

1. This cause is **DISMISSED** without prejudice.

2. Any pending motions are denied as moot.

3. The **Clerk** is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 18, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-229 Dismissal 4(m).frm